

**Parties Matched:** ███████████████████████████████████████████

Showing 1-1 of 1 results in 0.013 seconds      ←  →

Support • Privacy Policy • Cookie Policy • Terms • About
PacerMonitor, LLC © 2025.

**⊕ Dashboard**

---

**Pennsylvania Western District Court**

**Judge:**

**Case #:**

**Nature of Suit**                    830 Property Rights - Patent

**Cause**

**Case Filed:**

| Docket | Parties (86) | News |
|---|---|---|

Last checked: **Thursday Feb 06, 2025 5:36 AM EST**                    Update Parties ⟳

---

**Defendant**
SHOP1103477183 STORE

---

**Defendant**
SM-TG-QL-BC STORE

---

**Defendant**
SHOP6726154 STORE

---

**Defendant**
SHOP1103691187 STORE

---

**Defendant**
SHOP1103676042 STORE

---

**Defendant**
SHOP1103591003 STORE

---

**Defendant**
SHOP1103580748 STORE

---

**Defendant**
SHOP1103579759 STORE

---

**Defendant**
SHOP1103562060 STORE

---

**Defendant**
SHOP1103512064 STORE

**Defendant**
SHOP1103265433 STORE

**Defendant**
SHOP1103181376 STORE

**Defendant**
SHOP1103102358 STORE

**Defendant**
SHENZHENSHIWODEBAIHUIDIANZISHANGWUYOUXIANGONGSI

**Defendant**
SHENZHENSHITIANYUELONGKEJIYOUXIANGONGSI

**Defendant**
SHENZHENSHI KUAJIANGKEJIYOUXIANGONGSI

**Defendant**
WUMART IS CHEAP

**Defendant**
ZM PET 999 STORE

**Defendant**
YYGUI

**Defendant**
YOUR CREATIVE LIFE

**Represented By**
Adam Edward Urbanczyk
*Au LLC*
312-715-7312
adamu@au-llc.com

**Defendant**
XI HUI

**Defendant**
VAKIND STORE

**Defendant**
UNIQUE LIFE HOME STORE

**Defendant**
TODECORLIFE STORE

**Defendant**

TOBY SELECTED PRODUCTS STORE

**Defendant**

TINYTOOISGO STORE

**Defendant**

TIANXIANGJING

**Defendant**

THE NINE YIN MANUAL

**Defendant**

TC JJ STORE

**Defendant**

TAI ZHOU JI FEI YANG MAO YI YOU XIAN GONG SI

**Defendant**

CHONGQINGOUBANGWANGLUOKEJIYOUXIANGONGSI

**Defendant**

HIGH DISCOUNT STORE

**Defendant**

HEYUN

**Defendant**

HANSITUO CHIOCE STORE

**Defendant**

H G SHOP

**Defendant**

GORGEOUS LIFE HOME STORE

**Defendant**

FACAI HOME STORE

**Defendant**

EWIND HOME LIFE STORE

**Defendant**

HONG TU STORE

**Defendant**

CHENGDUTINGFENGDIANZISHANGWUYOUXIANGONGSI

**Defendant**

CHARLIE LUNA STORE

**Defendant**
BM LIVING STORE

**Defendant**
BLINKING STORE

**Defendant**
BIEN

**Defendant**
BEUCHAN STORE

**Defendant**
AGG EXQUISITE LIFE STORE

**Defendant**
A NECESSITY OF LIFE

**Defendant**
MISS WENDY TOY BOX STORE STORE

**Defendant**
QUQU HOUSE STORE

**Defendant**
QIANGJIN MONOPOLY STORE

**Defendant**
PUPPYY SHOPPING STORE

**Defendant**
PUJIANG JUMEIHUIPIN E-COMMERCE CO., LTD

**Defendant**
POWERFUL SECOND CHOICE STORE STORE

**Defendant**
NANCHANGSHIBOYIFEIDASHANGMAOYOUXIANGONGSI

**Defendant**
NANANSHITANGDUDIANZISHANGWUYOUXIANGONGSI

**Defendant**
NAMAN KAMRA

**Defendant**
MOREDOR DIRECT FM

**Defendant**
MEESMEEK

**Defendant**
LINXING OUTDOOR FUN SPORTS STORE

**Defendant**
LIANGPINGLAN

**Defendant**
LDQ BRAND SHOP

**Defendant**
KAWASIMAYA STORE

**Defendant**
JIRO WHOLESALE STORE

**Defendant**
JIAXINGSHIDONGRUIJINCHUKOUYOUXIANGONGSI

**Defendant**
JIA SHI TENG

**Defendant**
JASON STAR STORE

**Plaintiff**                                                          **Represented By**



**TERMINATED PARTIES**

**Defendant**
SUNSET HOME
Terminated: 12/04/2024

**Defendant**
SZ ZEPAN CO.,LTD
Terminated: 11/07/2024

**Defendant**
SHENZHENSHIYOUHONGFUZHUANGYOUXIANGONGSI
Terminated: 11/07/2024

2 ⭐ 🗘 [17 pgs] COMPLAINT against A NECESSITY OF LIFE, AGG EXQUISITE LIFE STORE, BEUCHAN STORE, BIEN, BLINKING STORE, BM LIVING STORE, CAIQUAN SHOP, CHARLIE LUNA STORE, CHENGDUTINGFENGDIANZISHANGWUYOUXIANGONGSI, CHONGQINGOUBANGWANGLUOKEJIYOUXIANGONGSI, EWIND HOME LIFE STORE, FACAI HOME STORE, FOSHAN SHUNZHONGYONG ELECTRONIC DEVICES CO., LTD., GORGEOUS LIFE HOME STORE, GUANGZHOUSHIJINGYIKEJIYOUXIANGONGSI, H G SHOP, HANSITUO CHIOCE STORE, HEARTSPHERE HONG KONG LIMITED, HEYUN, HIGH DISCOUNT STORE, HONG TU STORE, JASON STAR STORE, JIA SHI TENG, JIAXINGSHIDONGRUIJINCHUKOUYOUXIANGONGSI, JIRO WHOLESALE STORE, KAWASIMAYA STORE, LDQ BRAND SHOP, LIANGPINGLAN, LINXING OUTDOOR FUN SPORTS STORE, MEESMEEK, MISS WENDY TOY BOX STORE STORE, MOREDOR DIRECT FM, NAMAN KAMRA, NANANSHITANGDUDIANZISHANGWUYOUXIANGONGSI, NANCHANGSHIBOYIFEIDASHANGMAOYOUXIANGONGSI, PEGAI, POWERFUL SECOND CHOICE STORE STORE, PUJIANG JUMEIHUIPIN E-COMMERCE CO., LTD, PUPPYY SHOPPING STORE, QIANGJIN MONOPOLY STORE, QUQU HOUSE STORE, SH APPLIANCE, SHEN ZHEN SHI YU ZHU FU SHI YOU XIAN GONGSI, SHENZHENSHI KUAJIANGKEJIYOUXIANGONGSI, SHENZHENSHIFENGXIHUIKEJIYOUXIANGONGSI, SHENZHENSHIMAIXIANGHUWAIYONGPINYOUXIANGONGSI, SHENZHENSHITIANYUELONGKEJIYOUXIANGONGSI, SHENZHENSHIWODEBAIHUIDIANZISHANGWUYOUXIANGONGSI, SHENZHENSHIYOUHONGFUZHUANGYOUXIANGONGSI, SHOP1103102358 STORE, SHOP1103181376 STORE, SHOP1103265433 STORE, SHOP1103477183 STORE, SHOP1103512064 STORE, SHOP1103562060 STORE, SHOP1103579759 STORE, SHOP1103580748 STORE, SHOP1103591003 STORE, SHOP1103676042 STORE, SHOP1103691187 STORE, SHOP6726154 STORE, SM-TG-QL-BC STORE, SUNSET HOME, SZ ZEPAN CO.,LTD, TAI ZHOU JI FEI YANG MAO YI YOU XIAN GONG SI, TAIZHOUXIAOERDUODIANZISHANGWUYOUXIANGONGSI, TC JJ STORE, THE NINE YIN MANUAL, TIANXIANGJING, TINYTOOISGO STORE, TOBY SELECTED PRODUCTS STORE, TODECORLIFE STORE, UNIQUE LIFE HOME STORE, VAKIND STORE, WUMART IS CHEAP, XI AN WEN LIN HONG SHANG MAO YOU XIAN GONGSI, XI HUI, YADEHUI TRADING CO., LTD., YAMYONE, YANJIGUANGZHOUXINXIKEJIYOUXIANGONGSI, YINCHUANSHIJINFENGQUHAOMULANTUDIANZISHANGHANG, YOUR CREATIVE LIFE, YYGUI, ZHENG ZHOU SUO SHENG SHANG MAO YOU XIAN GONG SI, ZM PET 999 STORE (Filing fee, including Administrative fee, $405, receipt number APAWDC-8397628), filed by ███████████ ███████████████████████████

    Att: 1 🗘 Schedule A,
    Att: 2 🗘 Index of Exhibits,
    Att: 3 🗘 Exhibit A,
    Att: 4 🗘 Exhibit B,
    Att: 5 🗘 Civil Cover Sheet

1 ⭐ 🗘 [4 pgs] MOTION to Seal Case by ████████████████████. (kss)

    Att: 1 🗘 Proposed Order
████████████████████ (kss)

**Showing**          All                                ⌄

**Last viewed: Aug 27, 2025 7:42 AM EDT**

19/19

Support • Privacy Policy • Cookie Policy • Terms • About
PacerMonitor, LLC © 2025.

19/19