UNITED STATES DISTRICT COURT FOR THE

SOUTHERN DISTRICT OF FLORIDA

MIAMI DIVISION

CASE NO. 1:25-cv-23747

███████████████████

Plaintiff,

v.

THE INDIVIDUALS, PARTNERSHIPS AND

UNINCORPORATED ASSOCIATIONS IDENTIFIED

ON SCHEDULE "A",

Defendants.

## AFFIDAVIT OF PLAINTIFF IN SUPPORT OF PLAINTIFF'S COUNSEL VERIFIED RESPONSE TO THE COURT'S OMNIBUS ORDER SCHEDULE "A" CAUSES OF ACTION.

I, ███████, declare as follows:

1. I am over 18 years of age; am a citizen of China and in the capacity of authorized representative of the ███████████████████ I have personal knowledge of the facts set forth herein.

2. I make this declaration in support of Plaintiff Counsel's Verified Response to the court's Omnibus Order Regarding Schedule "A" Cause of Action on dated August 21, 2025 (ECF No. 5).

3. Plaintiff holds United States Patents, (hereinafter "Plaintiff's Patent"). Plaintiff's Patent has been registered with the United States Patent and Trademark Office ("USPTO") and is protected from infringement under federal patent law.

4. Plaintiff discovered that Defendants were manufacturing, promoting, advertising, offering for sale and/or selling goods using the "Plaintiff's Patent", without authorization through e-commerce stores operating under the seller identities named in Schedule A to be filed along with the Amended Complaint.

5. Plaintiff conducted a search which has established that Defendants are using various storefronts including but not limited to; Amazon, Temu and Walmart e-commerce platforms, to sell and offer to sell products to consumers in the United States and the State of Florida, including the Southern District of Florida, utilizing the "Plaintiff's Patent" without authorization.

6. I confirm that no cases were filed previously on behalf of Plaintiff asserting any alleged violations of Plaintiff's Intellectual Property Rights in the United States District Courts against any of the Defendants mentioned in Schedule A to be filed along with the Amended Complaint.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on this August 25, 2025

Name: ▮

Authorised Representative of: ▮