UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 1:25-23747-CV-MARTINEZ/SANCHEZ

XYZ CORPORATION,

     Plaintiff,

v.

THE INDIVIDUALS, PARTNERSHIPS AND
UNINCORPORATED ASSOCIATIONS
IDENTIFIED ON SCHEDULE A,

     Defendants.

_____/

**ORDER REQUIRING SUPPLEMENTAL BRIEFING REGARDING PLAINTIFF'S
*EX PARTE* MOTION FOR LEAVE TO CONDUCT EXPEDITED THIRD-PARTY DISCOVERY**

This matter is before the Court on Plaintiff XYZ Corporation's Sealed *Ex Parte* Motion for Leave to Conduct Expedited Third-Party Discovery. ECF No. 19.[1] On September 23, 2025, Judge Martinez granted Plaintiff's *Ex Parte* Motion for Entry of Temporary Restraining Order, ECF No. 20, and ordered the Third-Party Providers to provide Plaintiff's counsel with discovery, including information about the financial accounts associated with the Defendant's e-commerce stores, the identity and location of the Defendants, and an accounting of restrained funds and the identities of associated accounts. *Id.* at ¶ 4(b). In light of the expedited third-party discovery already ordered by Judge Martinez, it is hereby

    **ORDERED AND ADJUDGED** that, **by September 26, 2025**, Plaintiff shall file a supplemental memorandum that: (1) specifically identifies what additional discovery, if any,

---

[1] The Honorable Jose E. Martinez, United States District Judge, referred the instant motion to the undersigned. ECF No. 23.

beyond that already granted by Judge Martinez's Sealed Order Granting *Ex Parte* Motion for Entry of Temporary Restraining Order (ECF No. 20) is still sought by Plaintiff's *Ex Parte* Motion for Entry of Temporary Restraining Order; and (2) explains why such additional expedited discovery is legally and factually warranted at this time.  The memorandum should not exceed seven pages.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 24th day of September 2025.

EDUARDO I. SANCHEZ
UNITED STATES MAGISTRATE JUDGE

cc:  Hon. Jose E. Martinez
      Counsel of Record