UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 25-23747-CIV-MARTINEZ/SANCHEZ

XYZ CORPORATION,

     Plaintiff,

v.

THE INDIVIDUALS, PARTNERSHIPS AND
UNINCORPORATED ASSOCIATIONS
IDENTIFIED ON SCHEDULE A,

     Defendants.

_____/

### ORDER ON PLAINTIFF'S *EX PARTE* MOTION FOR LEAVE TO CONDUCT EXPEDITED THIRD-PARTY DISCOVERY

This matter is before the Court on Plaintiff XYZ Corporation's Sealed *Ex Parte* Motion for Leave to Conduct Expedited Third-Party Discovery. ECF No. 19.[1] On September 23, 2025, Judge Martinez granted Plaintiff's *Ex Parte* Motion for Entry of Temporary Restraining Order, ECF No. 20, and ordered the Third-Party Providers to provide Plaintiff's counsel with discovery, including information about the financial accounts associated with the Defendants' e-commerce stores, the identity and location of the Defendants, and an accounting of restrained funds and the identities of associated accounts. *Id.* at ¶ 4(b). On September 25, 2025, Plaintiff filed supplemental briefing stating that "[i]n light of the TRO Order . . . at this stage, the Plaintiff does not require any supplemental discovery . . . beyond [what] is already granted by the Court's TRO Order." ECF

---

[1] The Honorable Jose E. Martinez, United States District Judge, referred the instant motion to the undersigned. ECF No. 23.

No. 27 ¶ 4.  Accordingly, in light of the expedited third-party discovery already ordered by Judge Martinez and Plaintiff's representation that no additional discovery is requested, it is hereby

      **ORDERED AND ADJUDGED** that Plaintiff XYZ Corporation's Sealed *Ex Parte* Motion for Leave to Conduct Expedited Third-Party Discovery, ECF No. 19, is **DENIED AS MOOT**.

      **DONE AND ORDERED** in Chambers at Miami, Florida, this 25th day of September 2025.

 

EDUARDO I. SANCHEZ
UNITED STATES MAGISTRATE JUDGE

cc:  Hon. Jose E. Martinez
    Counsel of Record