UNITED STATES DISTRICT COURT FOR THE

SOUTHERN DISTRICT OF FLORIDA

MIAMI DIVISION

CASE NO. 1:25-cv-23747

XYZ CORPORATION,

Plaintiff,

v.

THE INDIVIDUALS, PARTNERSHIPS AND

UNINCORPORATED ASSOCIATIONS IDENTIFIED

ON SCHEDULE "A",

Defendants.

_____/

## NOTICE OF VOLUNTARY DISMISSAL AS TO RONYOUNG ONLY

PLEASE TAKE NOTICE, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i) and by undersigned counsel, Plaintiff hereby voluntarily dismisses without prejudice all claims against RONYOUNG (Def. No. 13) who owns and operates the online marketplace accounts identified by the Amazon accounts http://amazon.com/sp?ie=UTF8&seller=A1TDII0AULBGWB&asin=B0CPXS3MBG&ref_=dp with Store id: A1TDII0AULBGWB.

Respectfully submitted on this 30st day of October, 2025.

**FELDENKRAIS LAW, P.A.**
Attorneys for Plaintiffs
20533 Biscayne Blvd. Suite 469
Aventura, FL 33180
Telephone: (305) 528-9614
Email: mfeldenkrais@gmail.com
By:/s/ Michael Feldenkrais, Esq.
Florida Bar No. 991708